**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SUSAN POLHEMUS,

    Plaintiff,

v.                                                Case No: 8:14-cv-1228-T-30MAP

SL HERON CLUB, LLC,

    Defendant.

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Joint Motion to Approve Confidential Settlement Agreement and to Dismiss Case with Prejudice (Dkt. 11).  The parties have entered into a Settlement Agreement and Full and Final Release of Claims disposing of the Fair Labor Standards Act claims brought by the Plaintiff.  The Court, having reviewed the terms of the Settlement Agreement and Full and Final Release of Claims, hereby finds that the agreement represents a reasonable compromise of Plaintiff's claims pursuant to the Fair Labor Standards Act and otherwise satisfies the essential requirements of the law.   Upon review and consideration, it is therefore

    ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve Confidential Settlement Agreement and to Dismiss Case with Prejudice (Dkt. 11) is **GRANTED**.

2. The Settlement Agreement and Full and Final Release of Claims is **APPROVED**.

3. The case is **DISMISSED** with prejudice.

4. The case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of September, 2014.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-1228 order grant flsa settlement and dismiss case.docx